# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RAYMOND WEAVER,

        Plaintiff,             :         Case No. 3:07-cv-149

                                          District Judge Walter Herbert Rice

     -vs-                               Chief Magistrate Judge Michael R. Merz

CITY OF HUBER HEIGHTS, et al.,         :

        Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge

Michael R. Merz (Doc. No. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and

noting that no objections have been filed thereto and that the time for filing such objections under

Fed. R. Civ. P. 72(b) expired on May 17, 2007, hereby ADOPTS said Report and Recommendations.

        It is therefore ORDERED that this action be dismissed without prejudice for failure

to state a claim upon which relief can be granted.

May 22, 2007.

                              _____

                                     Walter Herbert Rice
                                  United States District Judge